Steven S. Goldschmidt  FILED ELECTRONICALLY
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

*Attorneys for Defendant Debevoise & Plimpton LLP*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                                   :
SANGEETA KUMAR,                 :
                                                   :
                  Plaintiff,           :           08 CV 5222 (CM)
                                                   :
    -against-                       :
                                                   :           **DISCLOSURE STATEMENT**
DEBEVOISE & PLIMPTON LLP,    :           **UNDER FEDERAL RULE 7.1**
                                                   :
                  Defendant.         :
                                                   :
------------------------------------------------------ x

       The undersigned counsel of record for Defendant Debevoise & Plimpton LLP certifies that Debevoise & Plimpton LLP is a limited liability partnership existing under the laws of the State of New York, and has no corporate status.

    Debevoise & Plimpton LLP has no parent corporation and no publicly held corporation owns any stock in Debevoise & Plimpton LLP.

Dated:   New York, New York
        July 3, 2008

                            Respectfully submitted,

                            ROPES & GRAY LLP

                            By /s/ Steven S. Goldschmidt

                                Steven S. Goldschmidt
                            1211 Avenue of the Americas
                            New York, New York 10036
                            (212) 596-9000

                            *Attorneys for Defendant*
                            *Debevoise & Plimpton LLP*