UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

SANGEETA KUMAR,                         :

        Plaintiff,              :       08 CV 5222(CM)

  -against-                            :       AFFIDAVIT OF SERVICE

DEBEVOISE & PLIMTON LLP,                :

        Defendant/              :

------------------------------x

        PAUL G. LANG, being duly sworn, deposes and says:

        1. I am not a party to this action, am over 18 years of age, and reside at 2 Dialstone Lane, Riverside, CT.

        2. On July 3, 2008, I served the Answer of Defendant Debevoise & Plimpton LLP, and Defendant's Disclosure Statement Under Federal Rule 7.1 upon:

        Nelson M. Farber, Esq.
        Office of Nelson M. Farber
        244 Fifth Avenue
        Suite F-250
        New York, NY 10000

by depositing true copies thereof, enclosed in a properly addressed postage paid sealed envelope, in an official depository maintained by the United States Postal Service in the State of New York.

                                                      _____
                                                      Paul G. Lang

Sworn to before me
July 7, 2008

_____
Notary Public

       CHARLES R. BRUSTMAN
   Notary Public, State of New York
         No. 01BR4799113
     Qualified in Nassau County
  Commission Expires June 21, 2011